

K.M.D.

v.

J.D.D.

**Appeal of: K.M.D.**

**214 MDA 2017**

Superior Court of Pennsylvania.

07/17/2017

2011–20752 (Lebanon)

Vacated/Remanded

COM.

v.

**TINSLEY, T.**

**431 EDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–51–CR–0011849–2013 (Philadelphia)

Remanded Jurisdiction Retained

COM.

v.

**LEMKE, M.**

**481 EDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–51–CR–0003727–2015 (Philadelphia)

Affirmed

COM.

v.

**JOHNSON, J.**

**601 EDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–51–CR–0003956–2015 (Philadelphia)

Affirmed/Vacated/Remanded

